IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 21-1450-UNA |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY, ) | |
| HERBERT F. COATES in his individual ) | |
| capacity, and GARRETT C. KRATZER, ) | |
| in his individual capacity, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER TO FILE COMPLAINT AND PLAINTIFF'S *EX PARTE* MOTION FOR A PROTECTIVE ORDER TO FILE THE COMPLAINT UNDER A PSEUDONYM UNDER SEAL**

**UPON CONSIDERATION** of Plaintiff's Motion for a Protective Order to File Complaint and Plaintiff's *Ex Parte* Motion for a Protective Order to File the Complaint Under a Pseudonym Under Seal and any Response(s) thereto, it is **ORDERED** that Plaintiff's Motion for a Protective Order to File Complaint and Plaintiff's *Ex Parte* Motion for a Protective Order to File the Complaint Under a Pseudonym Under Seal is **GRANTED**. **IT IS FURTHERED ORDERED**:

1. Plaintiff's *Ex Parte* Motion for a Protective Order to File the Complaint Under a Pseudonym is hereby Ordered to be sealed on the docket;

2. Plaintiff shall file an unredacted version of the Complaint under seal as an exhibit to Plaintiff's *Ex Parte* Motion for a Protective Order to File Complaint Under Pseudonym; and

3. Plaintiff shall file the unredacted version of the Complaint under seal pending the

court's decision on Plaintiff's *Ex Parte* Motion for a Protective Order to File Complaint Under Pseudonym;

**IT IS SO ORDERED.**

_____
DISTRICT JUDGE/MAGISTRATE JUDGE