## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 21-1450-RGA |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY, ) | |
| HERBERT F. COATES in his individual ) | |
| capacity, and GARRETT C. KRATZER, ) | |
| in his individual capacity, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION
## FOR A PROTECTIVE ORDER TO FILE COMPLAINT UNDER PSEUDONYM

UPON CONSIDERATION of Plaintiff's *Ex Parte* Motion for a Protective Order to File Complaint Under Pseudonym, it is **ORDERED** as follows:

1. Plaintiff's Ex Part Motion for a Protective Order to File Complaint Under Pseudonym is **GRANTED**;

2. Plaintiff shall file his Complaint publicly under a pseudonym with an unredacted version of the Complaint filed under seal in accordance with the District of Delaware's CM/ECF Procedures;

3. Plaintiff shall serve Defendants (or attempt a waiver of service) with both the pseudonymous Complaint and the unredacted Complaint and a copy of this signed Order;

4. Upon service (or a request for waiver thereof), Defendants New Castle County, Herbert F. Coates, and Garrett C. Kratzer shall not reveal the identity of John Doe to anyone other than their legal counsel;

5.  Following service of process (or a waiver thereof), counsel for the parties shall attempt to reach an agreement on Plaintiff's request to proceed pseudonymously through pleadings, discovery, and trial;

6.  If agreement cannot be reached on Plaintiff's request to proceed pseudonymously through pleadings, discovery, and trial by December 31, 2021, Plaintiff may file a Motion by January 7, 2022, on these issues which shall be considered, after an opportunity for Defendants to be heard, on the merits.

**IT IS SO ORDERED** this  3  day of   November  , 2021.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE