IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN DOE,

                Plaintiff,

     v.

NEW CASTLE COUNTY, HERBERT F.
COATES, in his individual capacity, and
GARRETT C. KRATZER, in his individual
capacity,

                Defendants.

Civil Action No. 21-1450-RGA

<u>ORDER</u>

Defendants' Motion to Dismiss Plaintiff's Complaint (D.I. 12) is GRANTED-IN-PART
and DENIED-IN-PART.   Count VII is dismissed with prejudice.   Counts I, II, III, IV, VI, VIII,
IX, XI, XII, XIII, and XIV are dismissed without prejudice.   Plaintiff is granted two weeks
within which to amend the Complaint.

Entered this 3rd day of June, 2022.

/s/ Richard G. Andrews
United States District Judge